# Order

Michigan Supreme Court
Lansing, Michigan

January 29, 2010

139638

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DONYA ANTWON DAVIS,
     Defendant-Appellant.

SC: 139638
COA: 282081
Wayne CC: 06-006063-FC

_____/

     On order of the Court, the application for leave to appeal the July 30, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2010

Clerk

0125